```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                        Alexandria Division
```

```
_____
UNITED STATES OF AMERICA,      )
                               )
V.                             )
                               )    Criminal No. 1:04cr225
DAVID JOHNSON,                 )
                               )
               Defendant.      )
_____)
```

**ORDER**

This matter comes before the Court on Blair D. Howard, Esquire's motion to withdraw as counsel of record. In view of the defendant's expressed dissatisfaction with counsel, it is hereby

ORDERED that the motion to withdraw as counsel is GRANTED.

```
                                              /s/
                                  _____
                                  CLAUDE M. HILTON
                                  UNITED STATES DISTRICT JUDGE
```

Alexandria, Virginia
March 28 , 2007